```
 1  JOHNSON & PHAM, LLP
    Christopher D. Johnson, SBN: 222698
 2       E-mail: cjohnson@johnsonpham.com
 3  Christopher Q. Pham, SBN: 206697
         E-mail: cpham@johnsonpham.com
 4  Marcus F. Chaney, SBN: 245227
 5       E-mail: mchaney@johnsonpham.com
    6355 Topanga Canyon Boulevard, Suite 115
 6  Woodland Hills, California 91367
 7  Telephone:  (818) 888-7540
    Facsimile:  (818) 888-7544
 8
 9  Attorneys for Plaintiff                                              JS-6
    PRODUCT PARTNERS, LLC
10
```

NOTE: CHANGES MADE BY THE COURT

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| PRODUCT PARTNERS, LLC, a California Limited Liability Company,<br><br>         Plaintiff,<br><br>    vs.<br><br>PLAY TO WYNNE SOLUTIONS, INC., a Florida Corporation, et al.,<br><br>         Defendant. | Case No.: CV10-04880 JFW (JCGx)<br><br>**JUDGMENT** |
|---|---|

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

Plaintiff PRODUCT PARTNERS, LLC, is hereby awarded final judgment on its claims for relief against Defendant PLAY TO WYNNE SOLUTIONS, INC. in the sum of $2,150,000.00 (15 *U.S.C.* §1117(c)(2) and 17 *U.S.C.* §504(c)(2)), as the prevailing party in this action, pursuant to Rule 55(b) of the *Federal Rules of*

1  *Civil Procedure* and under Local Rule 55-1. Under Local Rule 55-3, Plaintiff is
2  awarded attorneys' fees of $5,600.00. Plaintiff is further awarded costs, pursuant to
3  the *Trademark Act* and *Copyright Act*, 17 U.S.C. §504(c), to be determined by the
4  Notice of Application to the Clerk to Tax Costs within fifteen (15) days after the
5  entry of judgment. Furthermore, Defendant is permanently enjoined and restrained
6  from the following activities and conduct and ordered as follows:

7       a)    Defendant and any person or entity acting in concert with, or at the
8  direction of it, including any and all agents, servants, employees, partners,
9  assignees, distributors, suppliers, resellers and any others over which it may
10 exercise control, are hereby restrained and enjoined, pursuant to 15 *U.S.C.* § 1116,
11 from engaging in, directly or indirectly, or authorizing or assisting any third party
12 to engage in, any of the following activities in the United States and throughout the
13 world:

14          i)    copying, manufacturing, importing, exporting, marketing,
15 selling, offering for sale, distributing or dealing in any product or service that uses,
16 or otherwise making any use of, any Plaintiff's BEACHBODY® and P90X®
17 trademarks and copyrights, and/or any intellectual property that is confusingly or
18 substantially similar to, or that constitutes a colorable imitation of, any of
19 Plaintiff's BEACHBODY® and P90X® trademarks and copyrights, whether such
20 use is as, on, in or in connection with any trademark, service mark, trade name,
21 logo, design, Internet use, website, domain name, metatags, advertising,
22 promotions, solicitations, commercial exploitation, television, web-based or any
23 other program, or any product or service, or otherwise;

24          ii)    engaging in any acts of federal and/or state trademark and/or
25 copyright infringement, false designation of origin, unfair competition, dilution, or
26 other act which would tend damage or injure Plaintiff; and/or

27          iii)    using any Internet domain name or website that includes any
28 Plaintiff's Trademarks and Copyrights, including the BEACHBODY® and P90X®

1 marks.

2     b) Defendant is ordered to deliver immediately for destruction all
3 unauthorized products, including counterfeit P90X® products and related products,
4 labels, signs, prints, packages, wrappers, receptacles and advertisements relating
5 thereto in his possession or under his control bearing any of Plaintiff's intellectual
6 property or any simulation, reproduction, counterfeit, copy or colorable imitations
7 thereof, and all plates, molds, heat transfers, screens, matrices and other means of
8 making the same, to the extent that any of these items are in Defendant's
9 possession.

11     IT IS SO ORDERED, ADJUDICATED and DECREED this 4th day of
12 April, 2011.

                                        _____
                                        HON. JOHN F. WALTER
                                        United States District Judge